NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RATES TECHNOLOGY, INC.,
*Plaintiff,*

AND

JAMES B. HICKS,
*Plaintiff-Appellant,*

v.

MEDIATRIX TELECOM, INC. AND
MEDIA5 CORPORATION,
*Defendants-Appellees,*

AND

BURKE, WILLIAMS & SORENSEN, LLP,
*Defendant.*

---

2011-1384

---

Appeal from the United States District Court for the Eastern District of New York in case no. 05-CV-2755, Judge Joanna Seybert.

---

ON MOTION

---

ORDER

James B. Hicks moves for a 60-day extension of time, until January 20, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James B. Hicks, Esq.
    Ethan Horwitz, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK